

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JURY DIVISION**

JEFFREY P. COLWELL
CLERK OF COURT

SHELLEY MOORE
JURY ADMINISTRATOR

Alfred A. Arraj United States Courthouse
901 19th Street, Room A-105
Denver, Colorado 80294
Phone (844) 641-6610
Jury Information System (800) 359-8699
www.cod.uscourts.gov
Email Jury_Clerk@cod.uscourts.gov

March 30, 2023

Margarita Arellano
Juror # 100428535

the 27 of March at 8:00 I was here to attend Jury Duty. they call me to go to floor 6th. the Jugde give us a recess for about 20min. I deicid go to my appt at 3025 Stout St. to let my Gragdaugter I have to stay for a long time maybe when I arrive to my appt was a Police at my appt. because my Daugther bit my grandaugther. so that was impossible to Me come back here to court.

I'm Apologize with everyone at the courtroom. thanks

Margarita Arellano