IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-y-00161-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARGARITA ARELLANO,

       Defendant.

## NOTICE OF APPEARANCE

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:   (303) 294-7002
       FAX:         (303) 294-1192
       Email:       David_Kraut@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2023, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Matthew T. Kirsch, Assistant United States Attorney
    E-mail:  matthew.kirsch@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Margarita Arellano     (via U.S. mail)

                            *s/ David Kraut*
                            DAVID KRAUT
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO  80202
                            Telephone:    (303) 294-7002
                            FAX:            (303) 294-1192
                            Email:          David_Kraut@fd.org
                            Attorney for Defendant