**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No: 23-y-00161-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARGARITA ARELLANO,

      Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for the United States of America.

      DATED at Denver, Colorado this 3rd day of April, 2023.

                          COLE FINEGAN
                          United States Attorney

By:    *s/ JD Rowell*
                          JD Rowell
                          Assistant United States Attorney
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: (303) 454-0100
                          Email: jd.rowell@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 3rd day of April, 2023, I electronically filed the foregoing

**Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will

send notification of such filing to all counsel of record in this case.


By:  *s/Michelle Trujillo*
          Supervisory Legal Assistant
          United States Attorney's Office