# U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 23-y-00161-RM-1 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Margarita Arellano | Order to Show Cause |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Margarita Arellano

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
United States District Court
District of Colorado
901 19th Street - A105
Denver, CO 80294

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**Personal Service - Initial Appearance/Advisement Hearing 05/03/2023 at 10:00 AM (See attached order).**

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ S. Dunbar | | 303-844-3433 | 4/03/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. B13 | District to Serve No. B13 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | B13 | B13 | Yuma McHill | 4/3/2023 |

I hereby certify and return that I ☒ have personally served ☒ have legal evidence of service ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 4-5-23 | Time 0740 ☒ am ☐ pm |
|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | |

| Service Fee $150.00 | Total Mileage Charges (including endeavors) 4.4mi (.62) | Forwarding Fee | Total Charges $132.73 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

1st Attempt  4-4-23 @ 1700
2nd Attempt  4-5-23 @ 0740

2023 APR -3  P 2:47

1:2023-CA-00161                                           Capture ✓